JUDGMENT
==============================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 98-35215
CT/AG#: CV-96-01661-WLD

HELEN WEYER; WILLIAM WEYER, and the marital community
composed thereof

    Plaintiffs - Appellants

v.

TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware
corporation doing business in Washington; UNUM LIFE
INSURANCE COMPANY OF AMERICA, a Nevada corporation doing
business in Washington

    Defendants - Appellees

--------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Amicus

----------------------

APPEAL FROM the United States District Court for the Western District of Washington (Seattle).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Western District of Washington (Seattle) and was duly submitted.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP 12 2000
by _____
Deputy Clerk

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered: 01/03/00